UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTELLE BOWERS
CLIFFORD VS B. JANCY, ETAL                    1:05CV01683 RJL
DONNIE RUTLEDGE

AFFIDAVIT OF SERVICE

I, ESTELLE BOWERS MAILED THE SUMMONS AND COMPLAINT REGISTERED MAIL TO DONNIE RUTLEDGE ON OCTOBER 1, 2005.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br>Donnie Rutledge<br>Principal<br>District of Columbia<br>Public Schools<br>801 Division Ave.<br>Burrville School<br>Washington D.C. | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7005 0390 0003 7998 0143 | |
| PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-P-4081 | |

ESTELLE BOWERS
9900 GRANDHAVEN AVENUE
UPPER MARLBORO, MD. 20772
301 780-6538

RECEIVED
DEC - 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTELLE BOWERS
VS                                    1:05CVO1683 RJL
CLIFFORD B. JANEY
ET AL

### AFFIDAVIT OF SERVICE

I, ESTELLE BOWERS MAILED THE SUMMONS AND COMPLAINT TO CLIFFORD B. JANEY AND DALE TALBERT ON SEPTEMBER 30, 2005 AT 12:44 P.M.

I SPOKE WITH SUPERVISOR NECIE, EMPLOYEE # CZF519 ON NOVEMBER 10, 2005. SHE INFORMED ME THAT THE CERTIFIED MAIL COULD NOT BE LOCATED. SHE FORWARDED THE INFORMATION TO THE CAPITOL HEIGHTS POST OFFICE TO BE INVESTIGATED. THE CONFIRMATION NUMBER FOR THIS INVESTIGATION IS CV24260882.

I SPOKE WITH THE CAPITOL HEIGHTS POST OFFICE SUPERVISOR, MR. WILLIAM MOONEY (BILL) ON DECEMBER 6, 2005 AT 9:01 A.M. HE INFORMED ME THAT I NEEDED TO SPEAK WITH MS. MATTHEWS, THE CLERK. I SPOKE WITH MS. MATTHEWS AT 9:03 A.M. SHE SAID SHE NEEDED TO COMPLETE SOME ADDITIONAL RESEARCH AND WOULD MAIL HER FINDINGS TO MY HOME. THE CERTIFIED LETTER # IS 70051820000144637831.



ESTELLE BOWERS
9900 GRANDHAVEN AVE.
UPPER MARLBORO, MD. 20772
301 780-6538

RECEIVED

DEC - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT