**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ESTELLE BOWERS,
                 **Plaintiff,**

      **v.**                                            **Civil Action No. 05-1683 RJL**

CLIFFORD B. JANEY, *et al.,*
                 **Defendants.**

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is by this Court, this _____ day of _____ 2005,

**ORDERED:** that the motion be, and the same hereby is, GRANTED; and it is,

**FURTHER ORDERED:** that the Complaint is dismissed against defendants Clifford B. Janey, Dale Talbert and Donnie Rutledge.

_____
**THE HONORABLE RICHARD J. LEON**
**Judge, United States District Court**

Copies to the following persons:

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General, D.C.
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (FAX)
urenthea.mcquinn@dc.gov

**Estelle Bowers,** *pro se*
9900 Grandhaven Avenue
Upper Marlboro, MD 20772
(301) 780-6538


December 14, 2005