UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTELLE BOWERS
VS
CLIFFORD B. JANEY

1:05CVO1683 RL (RJL

AFFIDAVIT OF SERVICE

I, ESTELLE BOWERS MAILED THE SUMMONS AND COMPLAINT
REGISTERED MAIL TO CLIFFORD B. JANEY ON DECEMBER 21,
2005.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Clifford B. Janey<br>Superintendent<br>District of Columbia<br>Public Schools<br>825 North capitol St. N.E<br>Washington, D.c. 20002 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from ser.    7005 1820 0006 3563 0167 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

ESTELLE BOWERS
9900 GRANDHAVEN AVENUE
UPPER MARLBORO, MD. 20772
301 780-6538

RECEIVED

JAN 06 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Estelle Bowers*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTELLE BOWERS
VS
CLIFFORD B. JANEY

1:05CVO1683 RL (RJL)

AFFIDAVIT OF SERVICE

I, ESTELLE BOWERS MAILED THE SUMMONS AND COMPLAINT
REGISTERED MAIL TO CLIFFORD B. JANEY ON DECEMBER 21,
2005.

ESTELLE BOWERS
9900 GRANDHAVEN AVENUE
UPPER MARLBORO, MD. 20772
301 780-6538

RECEIVED

JAN 0 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Estelle Bowers*