UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ESTELLE BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-1683 (RJL) |
| | ) | |
| CLIFFORD JANEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 6th day of July 2006, hereby

**ORDERED** that defendants' [#4] Motion to Dismiss is GRANTED; and it is further

**ORDERED** that the case be dismissed without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

